UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHAWN WILLIAMS | Honorable Douglas E. Arpert<br><br>Crim. No. 15-248 (MAS)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court by the filing of an arrest warrant on September 6, 2019 issued as a result of a petition alleging that the Defendant violated the terms of his supervised release, and on motion of the United States of America, by Rachael A. Honig, Acting United States Attorney for the District of New Jersey (J. Brendan Day, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant without bail pending his appearance before the Honorable Michael A. Shipp for a hearing on the alleged violation of supervised release in the above-entitled matter; and the Defendant having not sought release from custody at the initial appearance on July 9, 2021; and for good cause shown:

IT IS, therefore, on this 9th day of July 9, 2021,

ORDERED that the motion of the United States for an order detaining the Defendant without bail pending the violation of supervised release hearing is hereby GRANTED, and the Defendant is hereby ORDERED DETAINED.  The Defendant, by and through counsel, reserves the right to re-appear before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or his authorized representative pending a hearing in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge